# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

ANDREW C. BICKEL,
    Plaintiff,
v().

JAMES VESHECCO, et al,
    Defendants.

C.A. No. 09-115 ERIE

## MEMORANDUM ORDER

Plaintiff's complaint was received by the Clerk of Court on May 19, 2009, and was referred to United States Magistrate Judge Susan Paradise Baxter for report and recommendation in accordance with the Magistrates Act, 28 U.S.C. § 636(b)(1), and Rules 72.1.3 and 72.1.4 of the Local Rules for Magistrates.

The magistrate judge's amended report and recommendation ("R&R"), filed on December 8, 2011, recommended that the motions to dismiss filed by defendant Veshecco (Docs. 58 and 64) be granted and the Clerk of Court be directed to close this case.

The parties were allowed fourteen (14) days from the date of service to file objections. No objections were filed. After de novo review of the pleadings and documents in the case, together with the report and recommendation and proposed amended complaint, we adopt Magistrate Judge Baxter's December 8, 2011 R&R as the Opinion of the Court.

AND NOW, this 7th day of February, 2012;

IT IS HEREBY ORDERED, ADJUDGED and DECREED that said report and recommendation (Doc. 65) is adopted as the opinion of the Court. The motions to dismiss (Docs. 58 and 64) are hereby granted. The Clerk of Courts is directed to mark this case as CLOSED.

*Maurice B. Cohill Jr.*
MAURICE B. COHILL, JR.
United States District Judge

cc:     Susan Paradise Baxter
       U.S. Magistrate Judge

       all parties of record

1